

# IN THE
# TENTH COURT OF APPEALS

### No. 10-15-00118-CV

**BARRY EMMETT,**

                                               **Appellant**

 **v.**

**UTMB,**

                                               **Appellee**

---

**From the 12th District Court**
**Walker County, Texas**
**Trial Court No. 1426900**

---

## O R D E R

Barry Emmett filed a notice of appeal in this Court on April 6, 2015. Emmett filed an affidavit of indigence in this Court on May 18, 2015. This Court issued a letter to the district clerk and the court reporter stating that Emmett had filed an affidavit of indigence and noting that any contest shall be filed in this Court within 14 days of the date of this letter. The court reporter filed a contest to the affidavit of indigence.

Texas Rules of Appellate Procedure 20.1 (h) provides that, upon the filing of an affidavit of indigence in the appellate court, the appellate court may "refer the matter to

the trial court with instructions to hear evidence and grant the appropriate relief."

TEX.R.APP.P. 20.1 (h) (4).

Accordingly, we abate this appeal and refer the matter to the trial court with instructions to hear evidence and grant the appropriate relief. *Id.* The trial court is ordered to conduct a hearing, or sign an order extending the time to conduct a hearing, with prior notice to the parties and the reporter, on the contests within 10 days after the date this referral is received by the trial court. TEX.R.APP.P. 20.1 (i). The time for extending a hearing on the contest must not be more than 20 days from the date the extension order is signed. TEX.R.APP.P. 20.1 (i) (3). Unless, within the time period set for the hearing, the trial court signs an order sustaining the contest, the affidavit's allegations will be deemed true and Emmett will be allowed to proceed without advance payment of costs. TEX.R.APP.P. 20.1 (i) (4).

Supplemental clerk's and reporter's records containing the trial court's written or oral findings and rulings, if any, must be filed with this Court with 14 days after the court's hearing is held.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal abated, referred to trial court
Order issued and filed July 30, 2015

